**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

TODD BALES                                                                              PLAINTIFF

V.                                              NO: 4:11CV00194 HDY

CLAYTON EDWARDS                                                              DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice with respect to Plaintiff's claims against Defendants Wright and Dixson, and with prejudice with respect to his claims against Defendant Clayton Edwards; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   14    day of October, 2011.


_____
UNITED STATES MAGISTRATE JUDGE